UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00278-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  EDWARD EREKSON,

    Defendant.

_____

**ORDER**
_____

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, August 17, 2007,** and responses to these motions shall be filed by **Monday, August 27, 2007.**  It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Thursday, September 6, 2007, at 4:00 p.m. in courtroom A-1002**  It is

FURTHER ORDERED that a 4-day jury trial is set for **Monday, September 17, 2007, at 9:00 a.m. in courtroom A-1002.**

Dated: July 18, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge