UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00278-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  EDWARD EREKSON,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant's Unopposed Motion for Ends of Justice Continuance [# 13], filed August 13, 2007.  In the motion, defense counsel indicates that a continuance is sought because the remaining time until trial is inadequate for counsel to effectively represent the Defendant.  Counsel for the Defendant further indicate that the Government does not oppose the requested continuance.

The Court, having reviewed the motion, and being fully advised in the premises, hereby finds that Defendant's Unopposed Motion for Ends of Justice Continuance [# 13], filed August 13, 2007, should be granted pursuant to 18 U.S.C. § 3161(h)(8)(B)(A) and (B)(iv).  I find that the failure to grant a continuance in this case which I do not find to be complex would deny the Defendant and his counsel the reasonable time necessary for effective trial preparation, taking into account the

exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  Specifically, defense counsel has indicated that he expects that the defense in this case will involve the presentation of expert witnesses.  This type of defense requires additional time to develop and present expert testimony which may include experts in forensic analysis and issues related to child pornography.  I further find that the ends of justice served by an additional ninety (90) day extension of the speedy trial deadlines outweigh the best interest of the public and the Defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Based on the foregoing, it is

ORDERED that Defendant's Unopposed Motion for Ends of Justice Continuance [# 13], filed August 13, 2007, is **GRANTED** pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).  In accordance therewith, it is

FURTHER ORDERED that the speedy trial deadlines are tolled for an additional **ninety (90) days**.  It is

FURTHER ORDERED that both the motions hearing set for September 6, 2007 and the trial date set for September 17, 2007 are **VACATED.**  It is

FURTHER ORDERED that the deadlines for the filing of all pre-trial motions are **VACATED.**  It is

FURTHER ORDERED that a status and case management conference is set for **Monday, December 3, 2007, at 10:00 a.m.**

Dated: August 14, 2007

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge