UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00278-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EDWARD EREKSON,

    Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Motion for One Week Extension of Time for Self-Surrender (docket #36), filed June 10, 2008, is **GRANTED.** Accordingly, the Defendant shall self-surrender for service of his sentence not later than **June 23, 2008** in order to allow the Defendant additional time to make travel arrangements.

    Dated: June 11, 2008